**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                             PLAINTIFF

vs.                        NO. 4:10CR00230-001  SWW

ANTONIO TYRONE WILLIAMS                                          DEFENDANT

**ORDER**

The above entitled cause came on for hearing April 14, 2016 on the government's superseding petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Based upon the admissions of defendant, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's superseding motion to revoke supervised  release [doc #65]  is *granted* and the supervised release previously granted this defendant, hereby, is *revoked*.

IT IS FURTHER ORDERED that defendant shall serve a *term of imprisonment of NINE (9) MONTHS* in the custody of the Bureau of Prisons. The Court recommends that defendant receive mental health counseling and participate in non-residential substance abuse treatment.

There will be *TWO (2) YEARS of supervised release* following the term of incarceration.  All general and standard conditions of supervised release previously imposed remain in full force and effect and shall include the following special conditions:

1. Defendant shall participate, under the guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. The defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event the defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived. Further, defendant shall abstain from the use of alcohol throughout the course of supervision. (This special condition overrides the 7th Standard Condition of the Supervision on the Judgment and Commitment order regarding alcohol consumption.)

2. The defendant shall participate in mental health program under the guidance and supervision of the U. S. Probation Office. The defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event the defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

The defendant is remanded to the custody of the U. S. Marshal Service.

IT IS SO ORDERED this 21st day of April 2016.

/s/Susan Webber Wright

United States District Judge